UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CATHERINE DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:16-cv-1881-WTL-MJD |
| FRANCISCAN ALLIANCE, | ) ) ) | |
| Defendant. | ) | |

**ORDER ON**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice.

AND THE COURT, having examined said Stipulation and being duly advised therein, now finds as follows:

IT IS ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, with each party to bear its/her own costs and attorneys' fees.

Date: 4/24/17

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:
This Order will be distributed to
all counsel of record by operation
of the Court's ECF system.